CLOSED

**U. S. District Court**
**Western District of Arkansas (Fayetteville)**
**CIVIL DOCKET FOR CASE #: 5:06-cv-05154-JLH**

Campbell v. Davol Inc. et al
Assigned to: Honorable Jimm Larry Hendren
Cause: 28:1441 Petition for Removal- Product Liability

Date Filed: 08/22/2006
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Mary Jane Campbell** represented by **Cindy L. Hawkins**
Attorney at Law
P.O. Box 805
105 Holcomb Street
Springdale, AR 72765-0809
(479) 756-5884
Fax: (479) 756-5892
Email: hawkinslawfirm@cox-internet.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David A. Hodges**
Attorney at Law
Centre Place - Fifth Floor
212 Center Street
Little Rock, AR 72201-2429
(501) 374-2400
Fax: (501) 374-8926
Email: david@hodgeslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc.**
*a Rhode Island corporation* represented by **Dana Alan Gausepohl**
Spriggs & Hollingsworth
1350 I Street, NW
9th Floor
Washington, DC 20005
US
202-898-5800
Email: dgausepohl@spriggs.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Kirby Troy Griffis**
Spriggs Hollingsworth
1350 I Street NW
9th Floor
Washington, DC 20005
US
(202) 898-5800
Fax: (202 682-1639
Email: kgriffis@spriggs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lyn Peeples Pruitt**
Mitchell, Williams, Selig, Gates & Woodyard
425 West Capitol Ave.
Suite 1800
Little Rock, AR 72201-3525
(501) 688-8800
Fax: (501) 688-8807
Email: lpruitt@mwsgw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C. R. Bard, Inc.**
*a New Jersey corporation*

represented by **Dana Alan Gausepohl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirby Troy Griffis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lyn Peeples Pruitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Surgical Sense, Inc.**
*a Texas corporation*

represented by **William Douglas Martin**
Kutak Rock LLP
214 W. Dickson
Fayetteville, AR 72701
(479) 973-4200
Fax: (479) 973-0007
Email: doug.martin@kutakrock.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Doe I**
*TERMINATED: 12/04/2006*

**Defendant**

**John Doe II**

**Defendant**

**John Doe III**

**Defendant**

**John Doe IV**

**Defendant**

**John Doe V**

**Defendant**

**WCO Medical Products Corporation**
*formerly John Doe 1*

represented by **William Douglas Martin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/22/2006 | 1 | NOTICE OF REMOVAL from Benton County Circuit Court, case number CV-2006-1492-4. ( Filing fee $ 350, receipt number 73080), filed by Davol Inc., C. R. Bard, Inc. (Attachments: # 1 Exhibit A - Complaint; # 2 Exhibit B - Affidavit as to Unknown Tortfeasors; # 3 Exhibit C - Notice of Filing Notice of Removal)(jn) (Entered: 08/23/2006) |
| 08/22/2006 | 2 | CORPORATE DISCLOSURE STATEMENT by Defendants Davol Inc., C. R. Bard, Inc. (jn) (Entered: 08/23/2006) |
| 08/23/2006 | | CLERK'S NOTICE re Multiple Attorneys Listed on Pleading directed to Defendants Davol Inc., C. R. Bard, Inc. Corporate Disclosure Statement2, Notice of Removal, 1 lists multiple attorneys appearing for the filer(Hollingsworth, Griffis,Gausepohl). All listed attorneys, other than the attorney signing the pleading, must enter a separate Notice of Appearance in order to receive electronic notification of future activity in the case. TEXT ONLY ENTRY, NO DOCUMENT ATTACHED (jn) (Entered: 08/23/2006) |
| 08/23/2006 | | CLERK'S NOTICE in Removal Case re Service of Process directing Plaintiff Mary Jane Campbell to file affidavits of service (or copies of proof of service filed in state court) for defendant(s) who have already been served with summons and a copy of the complaint, and file proof of |

| | | |
|---|---|---|
| | | service in this court regarding defendant(s) to be served in the future. If service is not perfected on a defendant within 120 days after filing the complaint, a show cause order will issue and the complaint against that defendant is subject to dismissal pursuant to Federal Rules of Civil Procedure 4(m). TEXT ONLY ENTRY, NO DOCUMENT ATTACHED (jn) (Entered: 08/23/2006) |
| 08/23/2006 | 3 | AFFIDAVIT of Service for Summons, Complaint & Attorney's Affidavit of Unknown Tortfeasors, filed by Mary Jane Campbell. Davol Inc. served on 8/16/2006, answer due 9/5/2006; C. R. Bard, Inc. served on 8/16/2006, answer due 9/5/2006. (Hawkins, Cindy) (Entered: 08/23/2006) |
| 08/24/2006 | | Remark copy of complaint, notice of removal and docket sheet sent to MDL (ct) (Entered: 08/24/2006) |
| 08/25/2006 | 4 | MOTION to Appear Pro Hac Vice *Defendants' Motion for Admission of Kirby T. Griffis and Dana Alan Gausepohl Pro Hac Vice* by Davol Inc., C. R. Bard, Inc.. (Pruitt, Lyn) (Entered: 08/25/2006) |
| 08/25/2006 | 5 | MOTION to Dismiss by Davol Inc., C. R. Bard, Inc.. (Pruitt, Lyn) (Entered: 08/25/2006) |
| 08/25/2006 | 6 | MEMORANDUM BRIEF in Support *Defendants' Memorandum of Law in Support of Their Motion to Dismiss* by Davol Inc., C. R. Bard, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Pruitt, Lyn) (Entered: 08/25/2006) |
| 08/25/2006 | | TEXT ONLY ORDER granting 4 Motion to Appear Pro Hac Vice. Kirby T. Griffis and Dana Alan Gausepohl are directed to immediately register as CM/ECF users if he/she have not already done so and enter his/her appearance in this matter . Signed by Judge Jimm Larry Hendren on 08/25/2006. (els) (Entered: 08/25/2006) |
| 08/31/2006 | 7 | MOTION for Extension of Time to File Response/Reply as to 5 MOTION to Dismiss, 6 Memorandum Brief in Support by Mary Jane Campbell. (Hodges, David) (Entered: 08/31/2006) |
| 09/01/2006 | | TEXT ONLY ORDER granting 7 Motion for Extension of Time to File Response/Reply to 09/28/2006 . Signed by Judge Jimm Larry Hendren on 09/01/2006. (els) (Entered: 09/01/2006) |
| 09/26/2006 | 8 | Second MOTION for Extension of Time to File Response/Reply as to 5 MOTION to Dismiss, 6 Memorandum Brief in Support by Mary Jane Campbell. (Hodges, David) (Entered: 09/26/2006) |
| 09/26/2006 | 9 | Second MOTION for Extension of Time to File Response/Reply as to 8 Second MOTION for Extension of Time to File Response/Reply as to 5 MOTION to Dismiss, 6 Memorandum Brief in Support by Mary Jane Campbell. (Hodges, David) (Entered: 09/26/2006) |
| 09/27/2006 | | TEXT ONLY ORDER finding as moot 8 Motion for Extension of Time to File Response/Reply and, granting 9 Motion for Extension of Time to File Response/Reply to October 12, 2006 . Signed by Judge Jimm Larry |

| | | |
|---|---|---|
| | | Hendren on September 27, 2006. (cpg) (Entered: 09/27/2006) |
| 10/03/2006 | 10 | NOTICE of Appearance by Dana Alan Gausepohl on behalf of Davol Inc., C. R. Bard, Inc. (ct) (Entered: 10/03/2006) |
| 10/09/2006 | 11 | RESPONSE to Motion re 5 MOTION to Dismiss filed by Mary Jane Campbell. (Hodges, David) (Entered: 10/09/2006) |
| 10/09/2006 | 12 | MEMORANDUM BRIEF in Support of 11 Response to Motion *to dismiss* by Mary Jane Campbell. (Hodges, David) (Entered: 10/09/2006) |
| 10/11/2006 | 13 | REPLY to Response to Motion re 5 MOTION to Dismiss *Defendants' Reply to Plaintiff's Response to Defendants' Motion to Dismiss* filed by Davol Inc., C. R. Bard, Inc.. (Pruitt, Lyn) (Entered: 10/11/2006) |
| 10/11/2006 | 14 | RESPONSE in Opposition re 5 MOTION to Dismiss filed by Mary Jane Campbell. (Attachments: # 1 Affidavit Affidavit of Mary Campbell pursuant to Rule 56)(Hawkins, Cindy) (Entered: 10/11/2006) |
| 11/08/2006 | 15 | First MOTION to Amend/Correct *Complaint* by Mary Jane Campbell. (Attachments: # 1 amended complaint)(Hawkins, Cindy) (Entered: 11/08/2006) |
| 11/14/2006 | | Summons Issued as to Surgical Sense, Inc., John Doe I and returned to attorney/plaintiff for service (tg) (Entered: 11/14/2006) |
| 11/22/2006 | 16 | First MOTION to Extend *Time for Service of Process* by Mary Jane Campbell. (Hawkins, Cindy) (Entered: 11/22/2006) |
| 11/27/2006 | | TEXT ONLY ORDER granting 15 Motion to Amend Complaint. The amended pleading shall be filed within ten (10) days. Signed by Judge Jimm Larry Hendren on November 27, 2006. (cpg) (Entered: 11/27/2006) |
| 11/27/2006 | | TEXT ONLY ORDER granting 16 Motion for Extension of Time for Service of Process. The plaintiff is allowed an extension of sixty (60) days within which to complete service of process. Signed by Judge Jimm Larry Hendren on November 27, 2006. (cpg) (Entered: 11/27/2006) |
| 12/04/2006 | 17 | AMENDED COMPLAINT with Jury Demand as to 1 against WCO Medical Products Corporation, Surgical Sense, Inc., John Doe II, John Doe III, John Doe IV, John Doe V, Davol Inc., C. R. Bard, Inc.; Terminating John Doe I, filed by Mary Jane Campbell.(ct) (Entered: 12/05/2006) |
| 12/04/2006 | | Summons Issued as to WCO Medical Products Corporation and returned to attorney for service (ct) (Entered: 12/05/2006) |
| 01/05/2007 | 18 | SUMMONS Returned Executed by Mary Jane Campbell. Surgical Sense, Inc. served on 12/21/2006, answer due 1/10/2007. (rw) (Entered: 01/05/2007) |
| 01/05/2007 | 19 | SUMMONS Returned Executed by Mary Jane Campbell. WCO Medical Products Corporation served on 12/21/2006, answer due 1/10/2007. (rw) (Entered: 01/05/2007) |

| | | |
|---|---|---|
| 01/16/2007 | 20 | ORDER denying as moot 5 Motion to Dismiss. Signed by Judge Jimm Larry Hendren on January 16, 2007. (tg) (Entered: 01/16/2007) |
| 01/19/2007 | 21 | MOTION for Summary Judgment by C. R. Bard, Inc.. (Attachments: # 1 # 2 # 3 # 4 Exhibit)(Gausepohl, Dana) (Entered: 01/19/2007) |
| 01/19/2007 | 22 | *C.R. Bard and Davol* ANSWER to Amended Complaint 17 by Davol Inc.. Related document: 17 Amended Complaint filed by Mary Jane Campbell,.(Gausepohl, Dana) (Entered: 01/19/2007) |
| 01/22/2007 | | CLERK'S NOTICE re Multiple Attorneys Listed on Pleading directed to Defendants Davol Inc., C. R. Bard, Inc.. Answer to Amended Complaint22, Motion for Summary Judgment21 lists multiple attorneys (attorneys Griffis, Gausepohl and Pruitt, appearing for the filer. All listed attorneys, other than the attorney signing the pleading, must enter a separate Notice of Appearance in order to receive electronic notification of future activity in the case. TEXT ONLY ENTRY, NO DOCUMENT ATTACHED (ct) (Entered: 01/22/2007) |
| 01/22/2007 | 23 | MOTION for Summary Judgment *Defendants' Motion for Summary Judgment* by C. R. Bard, Inc.. (Gausepohl, Dana) (Entered: 01/22/2007) |
| 01/22/2007 | 24 | *Answer and Affirmative Defenses of C.R. Bard, Inc. and Davol Inc.* ANSWER, with jury demand, to Amended Complaint 17 by C. R. Bard, Inc.. Related document: 17 Amended Complaint filed by Mary Jane Campbell,.(Gausepohl, Dana) Modified on 1/23/2007 (ct). (Entered: 01/22/2007) |
| 01/22/2007 | 25 | *Defendants' Memorandum of Law In Support of Their Motion for Summary Judgment* by C. R. Bard, Inc.. (Attachments: # 1 Exhibit Exhibit A: Asset Purchase Agreement)(Gausepohl, Dana) Modified on 1/23/2007 (ct). (Entered: 01/22/2007) |
| 01/22/2007 | 26 | *Defendants' Statement of Material Facts* by C. R. Bard, Inc.. (Gausepohl, Dana) Modified on 1/23/2007 (ct). (Entered: 01/22/2007) |
| 01/22/2007 | 27 | MOTION for Extension of Time to File Response/Reply as to 25 MOTION for Summary Judgment *Defendants' Memorandum of Law In Support of Their Motion for Summary Judgment*, 26 MOTION for Summary Judgment *Defendants' Statement of Material Facts* by Mary Jane Campbell. (Hodges, David) (Entered: 01/22/2007) |
| 01/23/2007 | | TEXT ONLY ORDER granting 27 Motion for Extension of Time to File Response to February 23, 2007 . Signed by Judge Jimm Larry Hendren on January 23, 2007. (cpg) (Entered: 01/23/2007) |
| 01/29/2007 | 28 | NOTICE of Appearance by Kirby Troy Griffis on behalf of Davol Inc., C. R. Bard, Inc. (Attachments: # 1 certificate of admission)(ct) (Entered: 01/29/2007) |
| 01/30/2007 | 29 | MOTION for Extension of Time to File Response/Reply as to 23 MOTION for Summary Judgment *Defendants' Motion for Summary Judgment and Motion to Dismiss* by Mary Jane Campbell. (Hodges, David) (Entered: 01/30/2007) |

| | | |
|---|---|---|
| 01/31/2007 | | TEXT ONLY ORDER granting 29 Motion for Extension of Time to File Response. As set forth in this Court's previous order, the plaintiff is allowed up to and including February 23, 2007 within which to file her response. Signed by Judge Jimm Larry Hendren on January 31, 2007. (cpg) (Entered: 01/31/2007) |
| 02/19/2007 | 30 | Second MOTION to Amend/Correct *Complaint* by Mary Jane Campbell. (Attachments: # 1 Appendix Proposed Amended Complaint)(Hawkins, Cindy) (Entered: 02/19/2007) |
| 02/22/2007 | 31 | RESPONSE to Motion re 5 MOTION to Dismiss, 23 MOTION for Summary Judgment *Defendants' Motion for Summary Judgment* filed by Mary Jane Campbell. (Hodges, David) (Entered: 02/22/2007) |
| 02/22/2007 | 32 | MEMORANDUM BRIEF in Support of 31 Response to Motion *to Dismiss and Motion for Summary Judgment* by Mary Jane Campbell. (Hodges, David) (Entered: 02/22/2007) |
| 02/22/2007 | 33 | STATEMENT OF FACTS in support of 31 Response to Motion *to Dismiss and Motion for Summary Judgment* by Mary Jane Campbell. (Hodges, David) (Entered: 02/22/2007) |
| 02/23/2007 | 34 | MOTION to Dismiss *Plaintiff's Amended Complaint* by Surgical Sense, Inc., WCO Medical Products Corporation. (Attachments: # 1 Exhibit corporate records# 2 Exhibit affidavit of Keith Biggers)(Martin, William) (Entered: 02/23/2007) |
| 02/23/2007 | 35 | MEMORANDUM BRIEF in Support of 34 MOTION to Dismiss *Plaintiff's Amended Complaint* by Surgical Sense, Inc., WCO Medical Products Corporation. (Martin, William) (Entered: 02/23/2007) |
| 02/26/2007 | 36 | REPLY to Response to Motion re 23 MOTION for Summary Judgment *Defendants' Motion for Summary Judgment Defendants' Reply to Plaintiff's Response to Defendants' Motion for Summary Judgment* filed by C. R. Bard, Inc.. (Gausepohl, Dana) (Entered: 02/26/2007) |
| 02/28/2007 | 37 | MOTION for Extension of Time to File Response/Reply as to 34 MOTION to Dismiss *Plaintiff's Amended Complaint* by Mary Jane Campbell. (Hodges, David) (Entered: 02/28/2007) |
| 03/05/2007 | | TEXT ONLY ORDER granting 37 Motion for Extension of Time to File Response to the extent that Response is due March 30, 2007 . Signed by Judge Jimm Larry Hendren on March 5, 2007. (cpg) (Entered: 03/05/2007) |
| 03/20/2007 | 38 | OBJECTION(S) by Surgical Sense, Inc., WCO Medical Products Corporation re 34 MOTION to Dismiss *Plaintiff's Amended Complaint Opposition to Motion to Transfer, Coordination and Consolidation.* (Attachments: # 1 Exhibit A# 2Exhibit B)(Martin, William) Modified on 3/21/2007 to clear extra text (jn). (Entered: 03/20/2007) |
| 03/22/2007 | 39 | RESPONSE to Motion re 34 MOTION to Dismiss *Plaintiff's Amended Complaint of Surgical Sense, Inc. and WCO Medical Products Corp.'s* filed by Mary Jane Campbell. (Hodges, David) (Entered: 03/22/2007) |

| | | |
|---|---|---|
| 03/22/2007 | 40 | MEMORANDUM BRIEF in Support of 39 Response to Motion *to Dismiss by Surgical Sense, Inc. and WCO Medical Products Corp.* by Mary Jane Campbell. (Hodges, David) (Entered: 03/22/2007) |
| 03/29/2007 | 41 | REPLY to Response to Motion re 37 MOTION for Extension of Time to File Response/Reply as to 34 MOTION to Dismiss *Plaintiff's Amended Complaint* filed by Surgical Sense, Inc., WCO Medical Products Corporation. (Martin, William) (Entered: 03/29/2007) |
| 03/30/2007 | 42 | MOTION to Stay *of Schedule Pending Decision* by Mary Jane Campbell. (Hodges, David) (Entered: 03/30/2007) |
| 04/04/2007 | 43 | RESPONSE in Opposition re 42 MOTION to Stay *of Schedule Pending Decision Whether or Not This Case Is Going to be Taken in the Multi-District Litigation* filed by C. R. Bard, Inc.. (Gausepohl, Dana) (Entered: 04/04/2007) |
| 04/05/2007 | 44 | JOINDER by Defendants Surgical Sense, Inc., WCO Medical Products Corporation to 43 Response in Opposition to Motion. (Attachments: # 1 Exhibit Exhibit A)(Martin, William) (Entered: 04/05/2007) |
| 04/06/2007 | | CLERK'S NOTICE re Multiple Attorneys Listed on Pleading directed to Defendants Surgical Sense, Inc., WCO Medical Products Corporation. Joinder44 lists multiple attorneys, Elizabeth Whitaker, Clay Scheiztach and William Martin, appearing for the filer. All listed attorneys, other than the attorney signing the pleading, must enter a separate Notice of Appearance in order to receive electronic notification of future activity in the case. TEXT ONLY ENTRY, NO DOCUMENT ATTACHED (ct) (Entered: 04/06/2007) |
| 07/03/2007 | 45 | MDL CONDITIONAL TRANSFER ORDER. Case transferred to District of Rhode Island and assigning Honorable Mary H. Lisi, Case No 07-1845. Documents to be transmitted as requested with extra time granted to print file by clerk of Rhode Island. (Attachments: # 1 Exhibit Letter from clerk of the panel) (ct) (Entered: 07/03/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/26/2007 07:44:29 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:06-cv-05154-JLH |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |