**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**MARY JANE CAMPBELL** **PLAINTIFF**

**VS.** **NO. CV 06-5154 JLH**

**DAVOL, INC., a Rhode Island Corporation;**
**C.R. BARD, INC., a New Jersey Corporation;**
**SURGICAL SENSE, INC., a Texas Corporation;**
**JOHN DOE I; JOHN DOE II; JOHN DOE III;**
**JOHN DOE IV; and JOHN DOE IV** **DEFENDANTS**

**PLAINTIFF'S RESPONSE TO**
**DEFENDANTS' MOTION TO DISMISS AND**
**MOTION FOR SUMMARY JUDGMENT**

1. Information regarding whether an exception to the traditional successor liability rule exists in this case is within the exclusive possession of Bard and Davol, and adequate discovery regarding those issues has not been completed.

2. Ms. Campbell has set forth sufficient facts to show that Bard and Davol impliedly assumed liability for any injuries caused by ring coil breakage in the Kugel Hernia Patch product line they acquired from Surgical Sense.

3. Ms. Campbell has set forth sufficient facts to show that Bard and Davol should be held liable for any injuries caused by ring coil breakage in the Kugel Hernia Patch product line pursuant to the product line exception to the traditional rules regarding successor liability.

4. Ms. Campbell is amending her Complaint to add a claim against Bard and Davol for failure to warn. A Motion to Amend the Complaint was filed in this case on February 19, 2007, to add this additional claim.

5. Genuine issues of material fact remain.

6. The Court is referred to the Brief in Support of Ms. Campbell's Response to Defendants' Motion to Dismiss and Motion for Summary Judgment, which is incorporated by reference as if fully stated herein.

WHEREFORE, genuine issues of material fact exists in this case, and Bard and Davol are not entitled to judgment as a matter of law on any of the claims asserted against them. Consequently, Ms. Campbell respectfully requests that Bard and Davol's Motion to Dismiss and Motion for Summary Judgment be denied, or that a ruling on the Motion to Dismiss and Motion for Summary Judgment at least be continued until adequate discovery can be completed.

**MARY JANE CAMPBELL, PLAINTIFF**

**By: /s/ David A. Hodges**

**DAVID A. HODGES**
**Attorney at Law**
**Centre Place Building**
**212 Center Street, Fifth Floor**
**Little Rock, Arkansas 72201-2429**
**Arkansas Bar No. 65021**
**Telephone: (501) 374-2400**
**Facsimile: (501) 374-8926**
**E-Mail: david@hodgeslaw.com**
**Web: www.hodgeslaw.com**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Dana Alan Gausepohl
Cindy L. Hawkins
Lyn Peeples Pruitt

**/s/ David A. Hodges**
**DAVID A. HODGES**

HO/br