**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**MARY JANE CAMPBELL,** **PLAINTIFF**

**V.** **CASE NO.: 06-05154 JLH**

**DAVOL, INC., C.R. BARD, INC.,**
**SURGICAL SENSE, INC.,**
**WCO MEDICAL PRODUCTS**
**CORPORATION, and**
**JOHN DOES I, II, III, IV and V.** **DEFENDANTS**

**DEFENDANTS SURGICAL SENSE, INC.'S AND WCO MEDICAL PRODUCTS CORPORATION'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Separate Defendants Surgical Sense, Inc. ("Surgical Sense") and WCO Medical Products Corporation ("WCO") (collectively, "Dissolved Defendants"), for their Motion to Dismiss Plaintiff's Amended Complaint, state as follows:

1. Dissolved Defendants move the Court pursuant to Federal Rules 9(a), 12(b)(2) and 12(b)(6) to dismiss Plaintiff Mary Jane Campbell's ("Plaintiff") Amended Complaint in its entirety.

2. Plaintiff's Amended Complaint names two defendants, Surgical Sense and WCO, which lack the legal capacity to be sued.

3. Further, as dissolved entities, dismissal of Plaintiff's claims against Dissolved Defendants is appropriate because the Court lacks personal jurisdiction over Dissolved Defendants.

4. Finally, Plaintiff's Amended Complaint fails to state a claim upon which relief can be granted because, as a matter of law, Dissolved Defendants do not legally exist and are thus incapable of being sued.

5. In support of their Motion, Dissolved Defendants rely upon the attached Memorandum of Law, public records of the Texas Secretary of State, the Affidavit of Keith Biggers, and Plaintiff's Amended Complaint.

WHEREFORE, Defendants Surgical Sense, Inc. and WCO Medical Products Corporation request the Court to dismiss the Amended Complaint in its entirety, with prejudice, and for such other and further relief to which they may be entitled.

Respectfully submitted,

**KUTAK ROCK LLP**

William Douglas Martin, ABA 98090
214 West Dickson Street
The Three Sisters Building
Fayetteville, AR 72701-5221
(479) 973-4200 (Phone)
(479) 973-0007 (Fax)

ATTORNEYS FOR DEFENDANTS
Surgical Sense, Inc. and WCO Medical Products Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served via U.S. certified mail, return receipt requested, upon Cindy Hawkins, Hawkins Law Firm, P.A., 105 Holcomb Street, P.O. Box 805, Springdale, AR 72765-0805 on this 23 day of February 2007.

William Douglas Martin