Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Roger Williams
Secretary of State

# Office of the Secretary of State

The undersigned, as Secretary of State of Texas, does hereby certify that the attached is a true and correct copy of each document on file in this office as described below:

WCO MEDICAL PRODUCTS CORPORATION
Filing Number: 139070000

| | |
|---|---|
| Articles Of Incorporation | March 06, 1996 |
| Articles Of Amendment | January 28, 2000 |

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on February 21, 2007.

Roger Williams
Secretary of State

EXHIBIT
tabbies
A

Come visit us on the internet at http://www.sos.state.tx.us/
Phone: (512) 463-5555
Fax: (512) 463-5709
TTY: 7-1-1

Prepared by: SOS-WEB
Document: 161231330003

FILED
In the Office of the
Secretary of State of Texas
MAR 06 1996
Corporations Section

# ARTICLES OF INCORPORATION

# OF

# SURGICAL SENSE, INC.

The undersigned natural person of the age of eighteen (18) years or more, acting as incorporator of a corporation under the Texas Business Corporation Act, hereby adopts the following Articles of Incorporation for such corporation.

## ARTICLE ONE

The name of the corporation is SURGICAL SENSE, INC.

## ARTICLE TWO

The period of its duration is perpetual.

## ARTICLE THREE

The purpose for which the corporation is organized is to engage in the transaction of any lawful business for which a corporation may be organized under the laws of the State of Texas.

## ARTICLE FOUR

The aggregate number of shares which the corporation shall have the authority to issue is 5,000,000 shares of common stock, each having no par value per share.

## ARTICLE FIVE

The corporation will not commence business until it has received for the issuance of its shares consideration of the value of at least One Thousand Dollars ($1,000.00), consisting of money, labor done, or property actually received.

## ARTICLE SIX

The address of its initial registered office and name of its initial registered agent at such address is:

John W. Michener, Jr.
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102

## ARTICLE SEVEN

**Section 1.** <u>**Initial Director.**</u> The initial Board of Directors shall consist of 1 member and the name and address of the person who is to serve as Director until the first annual meeting of the shareholders or until his successor is elected and qualified is:

John W. Michener, Jr.
Michener, Larimore, Swindle, Whitaker, Flowers,
Sawyer, Reynolds & Chalk, L.L.P.
3500 City Center, Tower II
301 Commerce Street
Fort Worth, Texas 76102-4186

**Section 2.** <u>**Number and Qualification.**</u> The number and qualifications of directors constituting the Board of Directors of the Corporation will be fixed or determined in the manner provided in the Bylaws of the Corporation. The number of directors may be increased or decreased from time to time in the manner set forth in the Bylaws of the Corporation.

## ARTICLE EIGHT

Provisions for the regulation of the internal affairs of the Corporation will include the following, but such enumeration is not in limitation of the power of the shareholders or the Board of Directors to formulate in the Bylaws, by resolution, or any other proper manner any other lawful provision not inconsistent with law or these articles:

Section 1. <u>Denial of Cumulative Voting.</u> The right of shareholders to cumulate votes in the election of directors is expressly denied.

Section 2. <u>Bylaws.</u> The Board of Directors will adopt the initial Bylaws, and from time to time may alter, amend or repeal the Bylaws or adopt new Bylaws; but the shareholders from time to time may alter, amend or repeal any Bylaws adopted by the Board of Directors or may adopt new Bylaws.

Section 3. <u>Denial of Preemptive Rights.</u> The shareholders of the Corporation will not have the preemptive right to acquire additional, unissued or treasury shares of the Corporation, or securities of the Corporation convertible into or carrying a right to subscribe to or acquire shares.

Section 4. <u>Limitation of Liability.</u> A director of the Corporation shall not be liable to the Corporation or the shareholders for monetary damages for an act or omission in the director's capacity as a director to the fullest extent allowable under the Texas Business Corporation Act or the Texas Miscellaneous Corporations Law Act.

Section 5. <u>Consent of Shareholders.</u> Any action required or permitted by law, these Articles of Incorporation, or the Bylaws of the Corporation, may be taken without a meeting, without prior notice, and without a vote, if a consent or consents in writing setting forth the action so taken shall have been signed by the holder or holders of shares having not less than the minimum number of votes that would be necessary to take such action at a meeting at which the holders of all shares entitled to vote on the action were present and voted.

**ARTICLE NINE**

The name and address of the incorporator is:

John W. Michener, Jr.
Michener, Larimore, Swindle, Whitaker, Flowers,
Sawyer, Reynolds & Chalk, L.L.P.
3500 City Center, Tower II
301 Commerce Street
Fort Worth, Texas 76102-4186

IN WITNESS WHEREOF, I have hereunto set my hand on March 6, 1996.

John W. Michener, Jr.

**ARTICLES OF AMENDMENT**
**TO**
**ARTICLES OF INCORPORATION OF SURGICAL SENSE, INC.**

Pursuant to the provisions of article 4.04 of the Texas Business Corporation Act, the undersigned corporation adopts the following Articles of Amendment to its Articles of Incorporation:

FILED
In the Office of the
Secretary of State of Texas
JAN 28 2000
Corporations Section

ARTICLE ONE

The name of the corporation is SURGICAL SENSE, INC.

ARTICLE TWO

The following amendment to the Articles of Incorporation was adopted by shareholders on January 18, 2000. The amendment alters Article One of the original Articles of Incorporation to read as follows:

The name of the corporation is WCO Medical Products Corporation.

ARTICLE THREE

The number of shares of the corporation outstanding at the time of the adoption was 2,394,635; and the number of shares entitled to vote on the amendment was 2,394,635.

ARTICLE FOUR

The number of shares that voted for the amendment was 2,048,826 and the number of shares that voted against the amendment was 0.

Dated: January 2, 2000.

SURGICAL SENSE, INC.

By. ______________________
Doug Kiman
President

000293 • 2144

PATTRR\061543\009001
DALLAS\0113779 01

** TOTAL PAGE.02 **

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Roger Williams
Secretary of State

# Office of the Secretary of State

The undersigned, as Secretary of State of Texas, does hereby certify that the attached is a true and correct copy of each document on file in this office as described below:

WCO MEDICAL PRODUCTS CORPORATION
Filing Number: 139070000

Articles of Dissolution — April 08, 2002

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on February 16, 2007.

Roger Williams
Secretary of State

FILED
In the Office of the
Secretary of State of Texas

APR 08 2002

Corporations Section

**ARTICLES OF DISSOLUTION**
**OF**
**WCO MEDICAL CORPORATION**

Pursuant to the provisions of the Texas Business Corporation Act, as amended (the "TBCA"), WCO Medical Corporation (the "Company") adopts the following Articles of Dissolution for the purpose of dissolving:

1. The name of the Company is WCO Medical Products Corporation, and the filing number of the Company as shown in the records of the Texas Secretary of State is 139070000.

2. The names and respective addresses of its officers are as follows:

| Name | Office | Address |
|---|---|---|
| J. Douglas Inman | President and Treasurer | 6904 Saucon Valley Drive<br>Fort Worth, TX 76132 |
| Keith D. Biggers | Vice President and Secretary | 918 Parkview Drive<br>Southlake, TX 76092 |

3. The names and respective addresses of its directors are as follows:

| Name | Address |
|---|---|
| J. Douglas Inman | 6904 Saucon Valley Drive<br>Fort Worth, TX 76132 |
| Keith D. Biggers | 918 Parkview Drive<br>Southlake, TX 76092 |

4. A written consent in lieu of a meeting of the shareholders of the Company, approving the dissolution of the Company was adopted by the shareholders of the Company holding at least two-thirds of the outstanding shares of common stock of the Company, and written notice of the dissolution will be promptly sent to the shareholders of the Company who did not consent in writing to the dissolution.

5. All debts, liabilities and obligations of the Company have been paid, satisfied, discharged, or adequate provision has been made for payment, satisfaction or discharge thereof.

6. All remaining property and assets of the Company has been distributed to its shareholders in accordance with the respective rights and interests of such shareholders.

7. There are no suits pending against the Company in any court.

THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK



d

DATED this February 20, 2002.

WCO Medical Products Corporation

J. Douglas Inman, President

# TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

CAROLE KEETON RYLANDER • COMPTROLLER • AUSTIN, TEXAS 78774

March 28, 2002

WCO MEDICAL PRODUCTS CORPORATION
2501 PARKVIEW DR STE 310
FORT WORTH, TX 76102-5815

## CERTIFICATE OF ACCOUNT STATUS

THE STATE OF TEXAS
COUNTY OF TRAVIS

I, Carole Keeton Rylander, Comptroller of Public Accounts of the State of Texas, DO HEREBY CERTIFY that according to the records of this office

WCO MEDICAL PRODUCTS CORPORATION

has filed all required reports for taxes administered by the Comptroller under Title 2, Tax Code, and taxes reported due on those reports have been paid. This certificate must be filed with the Texas Secretary of State to legally end the corporation's existence in Texas. This certificate is valid for the purpose of dissolution, merger, conversion, or withdrawal through December 31, 2002.

GIVEN UNDER MY HAND AND
SEAL OF OFFICE in the City of
Austin, this 28th day of
March, 2002 A.D.

Carole Keeton Rylander
Texas Comptroller

Taxpayer number: 1-75-2648315-5
File number: 01390700-00

NOTE: Failure by Texas corporations to legally dissolve, merge, or convert with the Texas Secretary of State on or before the expiration of this certificate, will result in additional franchise tax responsibilities. Out of state corporations are responsible for franchise tax through the last date of business in this state.

FORM 05-305 (Rev.10-01/12)

Texas Secretary of State
Roger Williams

SOSDirect

UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 139070000 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | March 6, 1996 | **Entity Status:** | Voluntarily dissolved |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17526483155 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | WCO MEDICAL PRODUCTS CORPORATION |
| **Address:** | 2501 PARKVIEW DR STE 310<br>Fort Worth, TX 76102 USA |

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES

| Name | Address | Inactive Date |
|---|---|---|
| John W. Michener Jr | 301 Commerce Street, Suite 3000<br>Fort Worth, TX 76102-4140 USA | |

Order Return to Search

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

Texas Secretary of State
Roger Williams
SOSDirect



**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 139070000 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | March 6, 1996 | **Entity Status:** | Voluntarily dissolved |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17526483155 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** WCO MEDICAL PRODUCTS CORPORATION

**Address:** 2501 PARKVIEW DR STE 310
Fort Worth, TX 76102 USA

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| N/A | 6699911 | Articles Of Incorporation | March 6, 1996 | March 6, 1996 | No | N/A |
| N/A | 6699912 | Articles Of Amendment | January 28, 2000 | January 28, 2000 | No | N/A |
| | 9054200030 | Change of Office by Registered Agent | March 25, 2002 | March 25, 2002 | No | 9 |
| | 9674300002 | Articles of Dissolution | April 8, 2002 | April 8, 2002 | No | 3 |
| | 24734500001 | Public Information Report (PIR) | December 31, 2002 | January 25, 2003 | No | 1 |
| | 24823360001 | Public Information Report (PIR) | December 31, 2002 | January 26, 2003 | No | 1 |
| | 27446810001 | Public Information Report (PIR) | December 31, 2002 | February 19, 2003 | No | 1 |
| | 27681630001 | Public Information Report (PIR) | December 31, 2002 | February 22, 2003 | No | 1 |

Order Return to Search

Instructions:

- To place an order for additional information about a filing press the 'Order' button.

Texas Secretary of State
Roger Williams

SOSDirect

UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 139070000 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | March 6, 1996 | **Entity Status:** | Voluntarily dissolved |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17526483155 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** WCO MEDICAL PRODUCTS CORPORATION
**Address:** 2501 PARKVIEW DR STE 310
Fort Worth, TX 76102 USA

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES

| Name | Name Status | Name Type | Name Inactive Date | Consent Filing # |
|---|---|---|---|---|
| WCO MEDICAL PRODUCTS CORPORATION | Inactive | Legal | April 8, 2002 | |
| SURGICAL SENSE, INC. | Prior | Legal | January 28, 2000 | |

Order    Return to Search

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

Texas Secretary of State
Roger Williams
SOSDirect

UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 139070000 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | March 6, 1996 | **Entity Status:** | Voluntarily dissolved |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17526483155 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** WCO MEDICAL PRODUCTS CORPORATION

**Address:** 2501 PARKVIEW DR STE 310
Fort Worth, TX 76102 USA

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES

| Last Update | Name | Title | Address |
|---|---|---|---|
| February 22, 2003 | DOUG INMAN | PRESIDENT | 6904 SAUCON VALLEY DR Fort Worth, TX 76132 USA |
| February 22, 2003 | DOUG INMAN | DIRECTOR | 6904 SAUCON VALLEY DR Fort Worth, TX 76132 USA |
| February 22, 2003 | KEITH BIGGERS | SECRETARY | 918 PARKVIEW LN Southlake, TX 76092 USA |
| February 22, 2003 | KEITH BIGGERS | DIRECTOR | 918 PARKVIEW LN Southlake, TX 76092 USA |

Order Return to Search

Instructions:

- To place an order for additional information about a filing press the 'Order' button.