IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MARY JANE CAMPBELL** **PLAINTIFF**

**VS.** **NO. CV 06-5154 JLH**

**DAVOL, INC., a Rhode Island Corporation;**
**C.R. BARD, INC., a New Jersey Corporation;**
**SURGICAL SENSE, INC., a Texas Corporation;**
**JOHN DOE I; JOHN DOE II; JOHN DOE III;**
**JOHN DOE IV; and JOHN DOE IV** **DEFENDANTS**

**PLAINTIFF'S RESPONSE TO SURGICAL SENSE, INC.**
**AND WCO MEDICAL PRODUCTS CORP.'S**
**MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

COMES NOW, the Plaintiff, Mary Jane Campbell, represented by her attorneys, David A. Hodges and Cindy Hawkins, and for her Response to Surgical Sense, Inc. and WCO Medical Products Corp.'s Motion to Dismiss Plaintiff's Amended Complaint, states the following:

1. Arkansas substantive law applies to this action.

2. Under Arkansas conflict-of-law principles, Arkansas law determines whether dissolved corporations may be sued.

3. Surgical Sense and WCO have the capacity to be sued in Arkansas.

4. This Court can exercise jurisdiction over dissolved corporations.

5. The exercise of personal jurisdiction by this Court over Surgical Sense and WCO is proper.

6. Ms. Campbell has stated claims against Surgical Sense and WCO for which relief may be granted.

7. The Court is referred to the Brief in Support of Plaintiff's Response to Surgical Sense, Inc., and WCO Medical Products Corp.'s Motion to Dismiss Plaintiff's Amended Complaint, which is incorporated by reference as if fully stated herein.

WHEREFORE, no basis exists for dismissing the claims asserted against Surgical Sense and WCO, and Ms. Campbell respectfully requests that their Motion to Dismiss Plaintiff's Amended Complaint be denied.

**MARY JANE CAMPBELL, PLAINTIFF**

**By:** /s/ David A. Hodges
**DAVID A. HODGES**
**Attorney at Law**
**Centre Place Building**
**212 Center Street, Fifth Floor**
**Little Rock, Arkansas 72201-2429**
**Arkansas Bar No. 65021**
**Telephone: (501) 374-2400**
**Facsimile: (501) 374-8926**
**E-Mail: david@hodgeslaw.com**
**Web: www.hodgeslaw.com**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Dana Alan Gausepohl
Cindy L. Hawkins
Lyn Peeples Pruitt
William Douglas Martin

/s/ David A. Hodges
**DAVID A. HODGES**