IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MARY JANE CAMPBELL** **PLAINTIFF**

**VS.** **NO. CV 06-5154 JLH**

**DAVOL, INC., a Rhode Island Corporation;**
**C.R. BARD, INC., a New Jersey Corporation;**
**SURGICAL SENSE, INC., a Texas Corporation;**
**JOHN DOE I; JOHN DOE II; JOHN DOE III;**
**JOHN DOE IV; and JOHN DOE IV** **DEFENDANTS**

**MOTION FOR STAY OF SCHEDULE PENDING DECISION WHETHER OR NOT THIS CASE IS GOING TO BE TAKEN IN THE MULTI-DISTRICT LITIGATION**

1. Plaintiff moves for a stay of the Scheduling Order, to the extent that any immediate requirements are called for in the Scheduling Order, pending a decision whether or not this case is going to be taken either in Rhode Island or Alabama, in the multi-district litigation, as the Plaintiff has opposed, to some extent, the removal of this case to the Rhode Island litigation and may or may not agree or oppose the effort to transfer it to Alabama, dependent upon circumstances, but the bottom line is that the MDL group is trying to make a decision as to whether or not this case, along with others, may be joined in the multi-district litigation which would, of necessity, involve this Court giving up control of the case to some extent while it is involved in the MDL litigation.

2. Plaintiff does not want a blanket suspension of the deadlines but only those that may come up in the next 30-40 days, if at all, under the circumstances, so as to avoid having to do the work if the case is going to be taken up in the MDL proceeding or procedure.

**MARY JANE CAMPBELL, PLAINTIFF**

**By: /s/ David A. Hodges**

**DAVID A. HODGES**
**Attorney at Law**
**Centre Place Building**
**212 Center Street, Fifth Floor**
**Little Rock, Arkansas 72201-2429**
**Arkansas Bar No. 65021**
**Telephone: (501) 374-2400**
**Facsimile: (501) 374-8926**
**E-Mail: david@hodgeslaw.com**
**Web: www.hodgeslaw.com**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Dana Alan Gausepohl
Cindy L. Hawkins
Lyn Peeples Pruitt
William Douglas Martin

**<u>/s/ David A. Hodges</u>**
**DAVID A. HODGES**

DH/dm