**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF ARKANSAS FAYETTEVILLE DIVISION**

| | | |
|---|---|---|
| **MARY JANE CAMPBELL,** | **§** | |
| | **§** | |
| **Plaintiff,** | **§** | |
| **VS.** | **§** | **Case No.: 06-05154 JLH** |
| | **§** | |
| **DAVOL, INC. C.R. BARD, INC., SURGICAL SENSE, INC. WCO MEDICAL PRODUCTS CORPORATION, JOHN DOE II, JOHN DOE III, JOHN DOE IV AND JOHN DOE V.** | **§ § § § § §** | |
| | **§** | |
| **Defendants.** | **§** | |

**DEFENDANTS' ADOPTION AND JOINDER**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW Defendants, dissolved entities Surgical Sense, Inc. ("Surgical Sense") and WCO Medical Products Corporation ("WCO") (collectively the "Dissolved Defendants"), and pursuant to Rule 10 of the Federal Rules of Civil Procedure, adopt by reference and join in Defendants' Opposition to Plaintiff's Motion for Stay of Schedule Pending Decision Whether or Not This Case is Going to be Taken in the Multi-District Litigation, attached hereto and incorporated herein as Exhibit "A" the same as if fully set forth at length for all purposes.

DATED: April 5, 2007.

Respectfully submitted,

KUTAK & ROCK, L.L.P.

/s/ Doug Martin
Doug Martin, ABA #98090
214 West Dickson Street
The Three Sisters Building
Fayetteville, AR 72701-5221
(479) 973-4200 (Phone)
(479) 973-0007 (Fax)

OF COUNSEL:

Elizabeth Whitaker
Clay B. Scheitzach
Bracewell & Giuliani LLP
1445 Ross Avenue, Suite 3800
Dallas, TX 75202-2711
Telephone: 214.468.3800
Facsimile: 214.468.3888

ATTORNEYS FOR DISSOLVED DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served via U.S. certified mail return receipt requested upon Cindy Hawkins, Hawkins Law Firm, P.A., 105 Holcomb Street, P.O. Box 805, Springdale, AR 72765-0805 on this 5th day of April, 2007.

/s/ Doug Martin
Doug Martin