IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION

MULTIDISTRICT LITIGATION (MDL 1842)

MDL DOCKET NO. 07-1845

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned, Michael L. Dinnin, Texas State Bar Number 05888100, and Morgan D. Meyer, Texas State Bar No. 24013161, of the firm of Bracewell & Giuliani LLP, hereby appear as counsel of record for Defendants Surgical Sense, Inc. and WCO Medical Products Corporation, and respectfully requests that all counsel of record and the Court take notice of this appearance and that all Orders, Notices, Pleadings and other documents filed in this matter be forwarded as follows:

Michael L. Dinnin
Morgan D. Meyer
Bracewell & Giuliani LLP
1445 Ross Avenue, Suite 3800
Dallas, Texas 75202
Telephone: (214) 468-3800
Facsimile: (214) 468-3888

DATE: July 25, 2007

Respectfully submitted,

BRACEWELL & GIULIANI LLP

By: *[signature]*

Michael L. Dinnin
State Bar No. 05888100
Morgan D. Meyer
State Bar No. 24013161

1445 Ross Avenue, Suite 3800
Dallas, Texas 75202
Telephone:(214) 468-3800
Facsimile: (214) 468-3888

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing notice has been forwarded to all counsel of record by U.S. Mail this 25th day of July, 2007.

*[signature]*
Morgan D. Meyer

**SERVICE LIST**

| | |
|---|---|
| Donald A. Migliori<br>Motley Rice LLC<br>321 S. Main Street, 2nd Floor<br>P.O. Box 6067<br>Providence, RI 02940-6067 | Jonathan Alan Saul<br>Thomas Minder and Associates<br>2151 River Plaza Drive, Suite 290<br>Sacramento, CA 95833 |
| W. Lewis Garrison<br>Heninger Garrison & Davis LLC<br>2224 First Avenue North<br>Birmingham, AL 35203 | Craig Philip Niedenthal<br>Cory Watson Crowder & DeGaris PC<br>2131 Magnolia Ave., Suite 200<br>Birmingham, AL 35202 |
| David A. Hodges<br>Center Place<br>212 Center Street, 5th Floor<br>Little Rock, AR 72201-2429 | Joseph W. Phebus<br>Phebus & Koester<br>136 W. Main Street<br>Urbana, IL 61801 |
| M. Graham Dobbs<br>Gray and Ritter, PC<br>701 Market St., Suite 800<br>St. Louis, MO 63101-1826 | Harris L. Pugust<br>Pogust & Braslow, LLP<br>161 Washington Street, Suite 1520<br>Conshohocken, PA 19428 |
| Andrew John Carboy<br>Sullivan Papain Block McGrath & Cannavo<br>120 Broadway, 18th Floor<br>New York, NY 10271 | Peter J. Broadhead<br>Spangenberg, Shibley & Liber<br>2400 National City Center<br>Cleveland, OH 44114-3400 |
| Donald D. Zuccarello<br>Law Office of Donald of Zuccarello<br>3209 West End Avenue<br>Nashville, TN 37203 | Joe G. Hollingsworth<br>Spriggs & Hollingsworth<br>1350 I Street, N.W.<br>Washington, D.C. 20005 |
| William Douglas Martin<br>Kutak Rock, LLP<br>The Three Sisters Building<br>214 West Dickson Street<br>Fayetteville, AR 72701 | |